NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PANDUIT CORPORATION,**
*Appellant,*

**v.**

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

**AND**

**ADC TELECOMMUNICATIONS,**
*Cross Appellant.*

---

2012-1437, -1438
(Reexamination No. 95/000,413)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Panduit Corporation's unopposed motion to withdraw its Response and Reply Brief filed November 13, 2012,

PANDUIT CORPORATION v. KAPPOS                                    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25